# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GREGORY TROGDON                                                                    PETITIONER

v.                              NO. 2:05CV00223 JLH/HDY

LINDA SANDERS, Warden, FCI                                                       RESPONDENT
Forrest City, Arkansas

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following findings and recommendation have been sent to United States District Judge J. Leon Holmes.  Any party may serve and file written objections to these findings and recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the Office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendation.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, Arkansas 72201-3325

DISPOSITION

Petitioner Gregory Trogdon ("Trogdon") commenced this proceeding on September 7, 2005, by filing what he characterized as a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. He maintained in his submission that federal correctional officials had been, and continued to be, deliberately indifferent to his serious medical needs.

The Court reviewed Trogdon's submission and determined that his characterization of it was not proper, that is, it could not properly be characterized as a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. The Court instead determined that the submission was more in the nature of a Bivens civil rights action. The Court additionally noted that Trogdon had failed to pay the requisite filing fee or, alternatively, file an application to proceed in forma pauperis. He was therefore ordered to pay the filing fee or, alternatively, file an application to proceed in forma pauperis. In the same order, he was specifically warned of two matters: (1) "According to the Prison Litigation Reform Act (PLRA), a prisoner who is allowed to file a civil action in forma pauperis still must pay the full amount of the $250 filing fee;" and (2) "If the case is dismissed for any of [three enumerated] reasons, there is no provision in the [PLRA] for a refund of any portion of the filing fee to the prisoner." See Document 2 at 1.

Trogdon, in response, has now filed the pending motion to withdraw his submission without prejudice. See Document 4. He asks to be allowed to withdraw his submission "for the reason stated in Magistrate Judge Young's Order dated September 8, 2005." See Document 4 at 1.

The undersigned has no reason to doubt the voluntariness of Trogdon's motion to withdraw. For the reason identified in the motion, the undersigned recommends that it be granted. The proceeding at bar should be withdrawn and otherwise dismissed without prejudice. All requested relief should be denied, and judgment should be entered for respondent Linda Sanders.

DATED this __30____ day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE