IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GREGORY TROGDON                                                                                    PETITIONER

v.                                    NO. 2:05CV00223 JLH/HDY

LINDA SANDERS, Warden, FCI
Forrest City, Arkansas                                                                            RESPONDENT

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The motion to withdraw filed by petitioner Gregory Trogdon is granted.  The proceeding at bar is withdrawn and otherwise dismissed without prejudice.  All requested relief is denied, and judgment will be entered for respondent Linda Sanders.

IT IS SO ORDERED this  14th  day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE